# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-10197-RGK-SSC | Date | December 21, 2023 |
|---|---|---|---|
| Title | *John Doe v. Nike USA, Inc. et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Re: Pseudonymous Plaintiff**

On September 26, 2023, Plaintiff, using the pseudonym "John Doe," filed a Complaint against Defendants Nike USA, Inc. and Anastasia Flevaris in Los Angeles County Superior Court. On December 4, 2023, Defendants removed the case to this Court.

Under Federal Rules of Civil Procedure 10 and 17, a plaintiff must list his real name in the complaint. Fed. R. Civ. P. 10(a), 17(a)(1). These rules serve the purpose of promoting "the public's right to open courts and the right of private individuals to confront their accusers." *Doe v. Kamehameha Schs./Bernice Pauahi Bishop Est.*, 596 F.3d 1036, 1042 (9th Cir. 2010) (internal citations omitted). However, the rule that a plaintiff must use his real name is not absolute. In limited circumstances, a plaintiff may proceed by pseudonym with the court's permission. *See id.*; *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000).

Here, it is unclear whether proceeding by pseudonym is appropriate, as Plaintiff has not sought the Court's permission to proceed by pseudonym. Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE IN WRITING** by January 4, 2024 why he should be permitted to proceed by pseudonym. Plaintiff's response shall be no more than ten (10) pages in length.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/sf |